UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH D. ANDERSON,<br><br>        Petitioner<br><br>        v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>        Respondents | Case No. 2:14-cv-02015-JAD-VCF<br><br>**Order Denying Emergency Petition for Writ of Mandamus**<br><br>[ECF No. 44] |

On September 26, 2018, Petitioner Joseph D. Anderson filed a pleading styled as an "Emergency Petition for Writ of Mandamus,"[1] in which he asks the court to enforce its prior orders that he be released from custody by September 20, 2018, unless the State filed, on or before that date, a written notice of election to try him on the felony DUI charge contained in the information filed in the Fifth Judicial District Court for Nevada on June 21, 2012, in case number CR7190.[2] The State did file its notice of election on September 20, 2018, with a certificate of service attached indicating service on the petitioner by mail that same day. Anderson appears to have prepared his "emergency petition" on September 23 (a Sunday) and mailed it to the court for filing the following day. The court suspects that Anderson had yet to receive the State's notice of election when he filed his request for emergency relief. In any case, the State has thus far complied with the court's orders granting petitioner conditional habeas relief.

IT IS THEREFORE ORDERED that petitioner's "Emergency Petition for Writ of Mandamus" **[ECF No. 44] is DENIED.**

Dated: October 1, 2018

                                                                                                                        U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 44

[2] ECF Nos. 21/32/42.